UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TENSTREET, LLC an Oklahoma limited liability company,<br>　　　　　Plaintiff,<br><br>　　　v.<br><br>DRIVERREACH, LLC an Indiana limited liability company,<br>　　　　　Defendant. | No. 1:18-cv-03633-JRS-TAB |

**ORDER ON DEFENDANT'S MOTION TO STAY**

Defendant seeks a stay of this action pending resolution of Defendant's Rule 12(b)(6) motion to dismiss. [Filing No. 30.] Plaintiff opposes Defendant's motion to stay on the ground that the mere fact Defendant filed a motion to dismiss does not warrant imposing a stay. *See Heckler & Koch, Inc. v. German Sports Guns GmbH,* No. 1:11-cv-1108-SEB-TAB, 2013 WL 2406262, at *6 (S.D. Ind. May 31, 2013); *see also New England Carpenters Health & Welfare Fund v. Abbott Labs.,* No. 12 C 1662, 2013 WL 690613, at *2 (N.D. Ill. Feb. 20, 2013). The Court agrees.

Were the Court to stay every case simply because a motion to dismiss is filed, the movement of cases through this Court would grind to a halt. A defendant seeking such a stay must show something more. The instant motion is devoid of such a showing. Therefore, Defendant's motion to stay is denied. The Court approves the Case Management Plan and the accompanying Appendix B. [Filing No. 33.]

Date: 3/7/2019

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Tim A. Baker
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge
　　　　　　　　　　　　　　　　　　　Southern District of Indiana

All ECF-registered counsel of record via email