UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TENSTREET, LLC, an Oklahoma limited liability company,<br><br>        Plaintiff,<br><br>vs.<br><br>DRIVERREACH, LLC, an Indiana limited liability company,<br><br>        Defendant. | Civil No. 1:18-cv-3633-JRS-TAB |

**PLAINTIFF'S PRELIMINARY WITNESS AND EXHIBIT LISTS**

    Plaintiff Tenstreet, LLC ("Tenstreet"), through its counsel, respectfully submits its Preliminary Witness and Exhibit Lists as follows. Tenstreet reserves the right to supplement these lists directly or through information otherwise provided in discovery as necessary or appropriate. Also reserved is the right not to offer some or all of these witnesses or exhibits at trial, as deemed appropriate by Tenstreet.

**I.    PRELIMINARY WITNESS LIST**

    1.    Bryan Riddle;

    2.    Tim Crawford;

    3.    Craig Johnson;

    4.    Tenstreet's infringement technical expert;

    5.    Tenstreet's validity expert;

    6.    Tenstreet's damages expert;

    7.    Any witness who is knowledgeable regarding the functionality of DriverReach's accused VOE Plus product;

8.  Any witness who is knowledgeable regarding sales and revenues relating to DriverReach's accused VOE Plus product;

9.  Any witnesses identified through discovery or depositions;

10. Any witnesses identified in any party's preliminary or final witness lists, initial disclosures, discovery responses, or any amendments to these documents;

11. Any witnesses necessary for impeachment or rebuttal;

12. All persons deposed in this action;

13. Any witnesses necessary or qualified to lay the foundation for the admissibility of a document or other exhibit; and

14. Other witnesses who are unknown at this time but who will be promptly disclosed to this Court and all counsel of record when the need for testimony at trial becomes known.

Pursuant to Fed. R. Civ. P. 26, Tenstreet reserves the right to amend or supplement the foregoing list and reserves any objection it may have to the testimony of any of the above named witnesses.

## II.  PRELIMIANRY EXHIBIT LIST

1.  Certified copy of U.S. Patent No. 8,145,575 ("the '575 patent");

2.  Certified copy of the prosecution history of the '575 patent;

3.  Assignment documents for the '575 patent;

4.  Documents relating to the marketing of Tenstreet's products and services used in connection with practicing the methods claimed in the '575 patent;

5.  Documents showing the commercial success of Tenstreet's products and services used in connection with practicing the methods claimed in the '575 patent;

6. Documents relating to Defendant's marketing and advertising for its VOE Plus product accused of infringing the '575 patent;

7. Documents relating to the functions/services performed by DriverReach's accused VOE Plus product and the way it performs those functions/services;

8. Financial documents relating to sales and revenue of DriverReach's accused VOE Plus product;

9. All documents identified by any party in its initial disclosures;

10. Any and all discovery responses of the parties and documents produced during discovery, including any and all documents produced by any third-party in response to a subpoena issued by any party in this matter;

11. Any deposition transcripts and deposition exhibits in this case;

12. Any documents or things identified in any party's witness and exhibit lists or discovery responses, or in any amendments to those documents;

13. Curricula vitae of any expert witness who testifies at trial;

14. Any and all exhibits necessary for impeachment and/or rebuttal;

15. Any and all affidavits authenticating documents;

16. All documents provided to, received from, or relied upon by any expert in this case;

17. All expert reports disclosed in this action;

18. Any exhibit that may be used for demonstrative purposes; and

19. Any pleadings or other documents filed in this matter by any party; and

20. Other exhibits that are unknown at this time but that will be promptly disclosed to this Court and all counsel of record when the need for their introduction at trial becomes known.

Pursuant to Fed. R. Civ. P. 26, Tenstreet reserves the right to amend or supplement the foregoing list based on information obtained in its ongoing investigation and future discovery. Tenstreet reserves the right to present any designated exhibit or any portion thereof in alternate media, including by electronic means or presentation media. Tenstreet reserves any objections it may have to any attempt to introduce any of the foregoing documents and things as evidence at trial.

Respectfully submitted,

Dated:  March 8, 2019

 /s/ *Lauren Keller Katzenellenbogen*
Michael K. Friedland (*pro hac vice*)
Lauren Keller Katzenellenbogen (*pro hac vice*)
Karen M. Cassidy (*pro hac vice*)
KNOBBE, MARTENS, OLSON &BEAR, LLP
2040 Main Street, 14th Floor
Irvine, CA 92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502
michael.friedland@knobbe.com
lauren.katzenellenbogen@knobbe.com
karen.cassidy@knobbe.com

James W. Riley, Jr. (No. 6073-49)
RILEY BENNETT EGLOFF LLP
141 East Washington Street, Fourth Floor
Indianapolis, IN 46204
Telephone: (317) 636-8000
Facsimile: (317) 636-8027
jriley@rbelaw.com

*Attorneys for Plaintiff Tenstreet, LLC*

30100601