UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| TENSTREET, LLC, an Oklahoma limited liability company, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 1:18-cv-03633-JRS-TAB |
| DRIVERREACH, LLC, an Indiana limited liability company, | ) ) ) | |
| Defendant. | ) ) | |

**Final Judgment**

For the reasons set forth in the separate Order signed this day, Plaintiff

Tenstreet, LLC's claims against Defendant DriverReach, LLC are **dismissed** on the

merits with prejudice.  Plaintiff shall take nothing in its action against Defendant.

The claims of U.S. Patent No. 8,145,575 are patent-ineligible under 35 U.S.C. §101

and therefore invalid.  This is a final judgment.

**SO ORDERED.**

Date: 9/30/2019

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Laura A. Briggs, Clerk

BY: _____
Deputy Clerk, U.S. District Court

1

Distribution:

Karen M. Cassidy
KNOBBE, MARTENS, OLSON & BEAR, LLP
karen.cassidy@knobbe.com

Michael K. Friedland
KNOBBE,MARTENS, OLSON &BEAR, LLP
michael.friedland@knobbe.com

Lauren Keller Katzenellenbogen
KNOBBE, MARTENS, OLSON & BEAR, LLP
lauren.katzenellenbogen@knobbe.com

Andrew M. McCoy
FAEGRE BAKER DANIELS LLP (Indianapolis)
andrew.mccoy@faegrebd.com

Louis T. Perry
FAEGRE BAKER DANIELS LLP (Indianapolis)
louis.perry@faegrebd.com

James W. Riley, Jr.
RILEY BENNETT EGLOFF LLP
jriley@rbelaw.com

Elizabeth M.C. Scheibel
FAEGRE BAKER DANIELS LLP
elizabeth.scheibel@faegrebd.com

JD Schneider
FAEGRE BAKER DANIELS LLP
jd.schneider@faegrebd.com